```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :      02-CR-1301 (VM)
                                    :
        - against -                 :      **ORDER**
                                    :
JAIME CHAVEZ,                       :
                                    :
                    Defendant.      :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the Federal Defenders of New York, Inc., appointed to represent the above-captioned defendant, are substituted, and the representation of the defendant is assigned to C.J.A. attorney Peter Brill of Brill Legal Group, P.C.

**SO ORDERED.**
Dated:    New York, New York
          21 August 2020

_____
Victor Marrero
U.S.D.J.