**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/22
```

UNITED STATES OF AMERICA,

    -against-

JAIME CHAVEZ,

               Defendant.

02 Cr. 1301 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

On August 21, 2020, the Court appointed Peter Brill ("Brill") of Brill Law Group, P.C. to assist defendant Jaime Chavez ("Chavez") with a motion for compassionate release or sentence reduction under 18 U.S.C. § 3582(c)(i)(A). (See Dkt. No. 199.) After lapses in updates regarding Chavez's motion, on March 23 and August 16, 2021, the Court directed Brill to update the Court on the status of Chavez's motion. (See Dkt. Nos. 200, 201.) On September 10, 2021, Brill filed a letter stating he expected to receive documents from Chavez and Clerk of Court that are relevant to Chavez's motion, and that Brill expected to file a compassionate release motion once he received these documents. (See Dkt. No. 204.) Since then, there has been no record of any proceedings or filings of any papers or correspondence with the Court.

1

**IT IS HEREBY ORDERED** that within five (5) days, counsel for Chavez, Peter Brill, is directed to update the Court regarding the status of the pending motion and his intention with regard to future proceedings in this matter. Brill shall further advise whether Chavez's motion warrants relief, given the changed conditions of the COVID-19 pandemic.

**SO ORDERED.**

Dated: April 20, 2022
      New York, New York

                                            Victor Marrero
                                            U.S.D.J.