```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

       -against-

JAIME CHAVEZ,

                     Defendant.

**02 Cr. 1301 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Counsel for the Defendant notified that court that there is no viable path for a successful motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A). (See Dkt. Nos. 209, 211.) The pro se motion for compassionate release previously filed by the Defendant (Dkt. No. 197) is hereby denied.

**SO ORDERED.**

Dated:  May 4, 2022
       New York, New York

                                        Victor Marrero
                                            U.S.D.J.