USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

JAIME CHAVEZ,

                Defendant.

02 Cr. 1301 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

Defendant has filed an amended motion (the "Motion") for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i). (See Dkt. No. 213.) The Government is hereby **ORDERED** to respond to the Motion within **thirty (30) days**.

Defendant states in his Motion that he "has attached . . . certificates of achievement . . . as well as a summary of an incident in 2019." (Id. at 2.) Defendant is advised that the Court has received no such attachments. Defendant is ordered to re-submit such attachments to the Court at his earliest convenience if he wishes the Court to consider them.

**SO ORDERED.**

Dated:    22 January 2024
           New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.