```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

    - against -

JAIME CHAVEZ,

                Defendant.

**02 Cr. 1301 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant filed an amended motion (the "Motion") for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A)(i). (See Dkt. No. 213.) This Court then ordered the Government to respond to the Motion. (See Dkt. No. 214.)

    The Government's time to respond to the Motion is hereby extended such that the Government's response shall be filed no later than thirty (30) days from the date of this Order.

    Further, the Clerk of Court is hereby **ORDERED** to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

    The Clerk of Court is further **ORDERED** to mail a copy of this Order and a copy of the Court's previous Order in this matter, dated January 22, 2024 (see Dkt. No. 214), to Jamie Chavez, No. 21789112, FCI Tucson, P.O. Box 23811, Tucson AZ 85734.

**SO ORDERED.**

Dated:     28 February 2024
           New York, New York

_____
Victor Marrero
U.S.D.J.