USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

       - against -

JAIME CHAVEZ,

       Defendant.

**02 Cr. 1301 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Government is hereby **ORDERED** to respond to Defendant's motion under 18 U.S.C. § 3582 (see Dkt. No. 225) on or before August 1, 2024. Reply papers shall be filed on or before August 15, 2024.

Further, under the Criminal Justice Act, the Court hereby appoints attorney Michael Hueston to represent Defendant in connection with this motion. (See Dkt. No. 223 at 10-11.)

If the parties confer and agree on an alternative briefing schedule, they may apply to the Court for a modification of the briefing schedule set forth above.

**SO ORDERED.**

Dated:    19 July 2024
          New York, New York

Victor Marrero
U.S.D.J.