**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025
```

UNITED STATES OF AMERICA,

        - against -

JAIME CHAVEZ,

                Defendant.

02 CR 1301 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On July 7, 2025, defendant Jaime Chavez ("Defendant") filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A). (See Dkt. No. 234.) The Court hereby orders the Government to respond to Defendant's motion within thirty (30) days by letter not to exceed three (3) pages.

**SO ORDERED.**

Dated:    23 October 2025
           New York, New York

_____
Victor Marrero
U.S.D.J.

1